Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−28182−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Suzanne K Casullo
   85 Morningside Road
   Colonia, NJ 07067

Social Security No.:
   xxx−xx−1775

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/7/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 8, 2019
JAN: ckk

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-28182-CMG
Suzanne K Casullo                                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 08, 2019
                              Form ID: 148             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2019.
```
db            +Suzanne K Casullo,   85 Morningside Road,   Colonia, NJ 07067-1107
cr            +Americredit Financial Services, Inc., d/b/a GM Fin,   4000 Embarcadero Dr.,
               Arlington, TX 76014-4101
517750223     +Cenlar a/k/a HomeBridge Financial,   c/o KML Law Group, PC,   701 Market Street, Ste 5000,
               Philadelphia, PA 19106-1541
517750224     +Dept of Ed/Navient,   123 Justison Street,   3rd Floor,   Wilmington, DE 19801-5360
517878724      New Penn Financial, LLC,   c/o Shellpoint Mortgage Servicing,   PO Box 10826,
               Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 08 2019 22:54:37     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 08 2019 22:54:36     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517782891      EDI: PHINAMERI.COM Feb 09 2019 03:48:00     Americredit Financial Services, Inc.,
               dba GM Financial,   PO Box 183853,   Arlington, TX 76096
517824196      EDI: CAPITALONE.COM Feb 09 2019 03:48:00     Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC 28272-1083
517750222     +EDI: CAPITALONE.COM Feb 09 2019 03:48:00     Capital One Bank USA N.A,   PO Box 30281,
               Salt Lake City, UT 84130-0281
517750225      EDI: AMINFOFP.COM Feb 09 2019 03:48:00     First Premier,   3820 N. Louise Ave,
               Sioux Falls, SD 57107-0145
517750226      EDI: PHINAMERI.COM Feb 09 2019 03:48:00     GM Financial,   PO Box 183123,
               Arlington, TX 76096-3123
517888789      EDI: NAVIENTFKASMSERV.COM Feb 09 2019 03:48:00     Navient Solutions, LLC. on behalf of,
               Department of Education Loan Services,   PO BOX 9635,   Wilkes-Barre, PA 18773-9635
517830001     +EDI: JEFFERSONCAP.COM Feb 09 2019 03:48:00     Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517753423     +EDI: RMSC.COM Feb 09 2019 03:48:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
517750227     +EDI: BLUESTEM Feb 09 2019 03:48:00     Webbank/Fingerhut,   6250 Ridgewood Road,
               Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517815495*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court:   Americredit Financial Services, Inc.,   Dba GM Financial,
               P.O Box 183853,   Arlington, TX 76096)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2019 at the address(es) listed below:
```
              Albert  Russo    docs@russotrustee.com
              Brian E Caine    on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              Eric  Clayman    on behalf of Debtor Suzanne K Casullo jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 08, 2019
                              Form ID: 148             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc. rsolarz@kmllawgroup.com
          Stephanie F. Ritigstein    on behalf of Debtor Suzanne K Casullo jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

          TOTAL: 7